**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert V. Tuzon, | ) No. CV-05-0861-PHX-NVW(LOA) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Wanda Hofmann, et al., | ) |
| Defendants. | ) |

This Court has received and considered Plaintiff's Motion for the Voluntary Dismissal Without Prejudice Against Defendants Hofmann and Morrison.

In view of the Plaintiff's Notice of Withdrawal (Dkt. #22) of his Motion for the Voluntary Dismissal of Defendants Hofmann and Morrision,

**IT IS ORDERED denying as moot** Plaintiff's Motion for the Voluntary Dismissal (Dkt. #21).

DATED this 19th day of January, 2006.

Lawrence O. Anderson
United States Magistrate Judge